# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRIAN K. BOULB,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 3:14-cv-00737-JPG

## MEMORANDUM & ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

This matter comes before the Court on Brian Boulb's Motion for Resentencing and Appointment of Counsel. (Doc. 27.) Boulb's motion is not the proper vehicle to seek resentencing. If Boulb believes that the Court imposed his sentence in violation of the Constitution or laws of the United States, and he wishes to file another 28 U.S.C § 2255 petition, he must follow the second or successive motion requirements contained in the statute. Accordingly, the Court **DISMISSES** Boulb's motion.

**IT IS SO ORDERED.**

**DATED: OCTOBER 31, 2017**

                                                    **s/ *J. Phil Gilbert***
                                                  **J. PHIL GILBERT**
                                                  **DISTRICT JUDGE**